**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAEEDAH HARWOOD, ) | Case No. CV 14-8119-JPR |
| ) Plaintiff, ) | **JUDGMENT** |
| ) v. ) | |
| ) CAROLYN W. COLVIN, Acting ) Commissioner of Social ) Security, ) ) Defendant. ) | |

    For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the Commissioner is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: January 5, 2016      _____
                                          JEAN ROSENBLUTH
                                          U.S. Magistrate Judge